1  EVA GARCIA-MENDOZA, ESQ.
   NEVADA BAR NO. 1779
2  LUTHER SNAVELY, ESQ.
   NEVADA BAR NO. 5507
3  GARCIA-MENDOZA & SNAVELY, CHTD.
4  501 SOUTH SEVENTH STREET
   LAS VEGAS, NEVADA 89101
5  Luther@gms4law.com
   (702) 384-8484
6  ATTORNEYS FOR THE DEFENDANTS

7

8              IN THE UNITED STATES DISTRICT COURT

9                FOR THE DISTRICT OF NEVADA

10

11  SIX MINUTES, LLC, a Nevada limited-       )
    liability company,                        )
12                                            )
13        Plaintiff,                          )         Case No.:
                                              )
14  vs.                                       )
                                              )
15  HARRISON "LANNY" MORTON, an individual, )
    ; DEENA MORTON, an individual; MORTON     )
16  ENTERPRISES, LLC, an Arizona limited-     )
    liability company; DOES 1-10; and ROES    )
17  1-10,                                     )
                                              )
18                                            )
        Defendants.                           )
19  _____ )

20

21          **PETITION FOR REMOVAL TO THE UNITED**
22       **STATES DISTRICT COURT FOR THE DISTRICT**
                    **OF NEVADA**

23

24        COME NOW, the Defendants, HARRISON "LANNY" MORTON, DEENA

25  MORTON and MORTON ENTERPRISES, LLC, by and through their attorneys, Eva

26  Garcia-Mendoza, Esq. and Luther Snavely, Esq. of the law firm of Garcia-Mendoza &

27  Snavely, Chtd., and submit this Petition for Removal to the United States District Court

28  for the District of Nevada.

LAW OFFICES OF
GARCIA-MENDOZA & SNAVELY CHTD.
Eva Garcia-Mendoza, Esq.
Luther M. Snavely, III Esq.
501 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
(702) 384-8484  FAX (702) 384-0207

1    PLEASE TAKE NOTICE, that the Defendants hereby remove this state action,

2    entitled as above, Case No. A-11-652319-C, filed in the Eighth Judicial District Court

3    for the State of Nevada in and for the County of Clark, to this Court.  The grounds for

4    removal are:

5    1.    HARRISON "LANNY" MORTON, DEENA MORTON and MORTON

6    ENTERPRISES, LLC are all Defendants in the above-entitled action commenced in the

7    Eighth Judicial District Court for the State of Nevada in and for the County of Clark, and

8    now pending in that Court.

9    2.    A Complaint was filed by the Plaintiff in the Eighth Judicial District Court for the

10   State of Nevada in and for the County of Clark on November 28, 2011 but it has never

11   been served on the Defendants.  The case was assigned to Department 31.

12   3.    The Plaintiff filed an Application for a Temporary Restraining Order on Order

13   Shortening Time and a Motion for a Preliminary Injunction with the Eighth Judicial

14   District Court on December 9, 2011.  The Eighth Judicial District Court, by Minute

15   Order, set a time for hearing on the Application for a Temporary Restraining Order for

16   December 16, 2011 before the Honorable Judge Joanna S. Kishner in Department 31

17   of said Court.  There have been no other proceedings in State Court.  Attached as

18   ATTACHED EXHIBIT 1 is a copy of the Plaintiff's Complaint.  Attached as ATTACHED

19   EXHIBIT 2 is the Plaintiff's Application for Temporary Restraining Order and Motion for

20   Preliminary Injunction, Declaration of Shawn A. Mangano, Esq., Declaration of Sandra

21   Gallagher, Notice of Hearing for February 16, 2011, and Register of Actions showing

22   that Court entered Minute Order.

LAW OFFICES OF
GARCIA-MENDOZA & ASSOCIATES
Eva Garcia-Mendoza, Esq.
Luther M. Snavely, III Esq.
501 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
(702) 384-8484   FAX (702) 384-0207

LAW OFFICES OF
GARCIA-MENDOZA & ASSOCIATES
Eva Garcia-Mendoza, Esq.
Luther M. Snavely, III Esq.
501 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
(702) 384-8484 FAX (702) 384-0207

4.      The Plaintiff, by and through its Complaint, asserts claims against the Defendants for Fraudulent Concealment, Conspiracy to Commit Fraudulent Concealment, Breach of Fiduciary Duty, Conversion, Misappropriation of Trade Secrets, Intentional Interference with Contractual Relations, Injunctive Relief and Unjust Enrichment ( See ATTACHED EXHIBIT 1).

5.      This Court has original jurisdiction over this case based on Diversity of Citizenship pursuant to 28 U.S.C. §§1332, 1441 and 1446.   The Plaintiff is a Nevada limited-liability company organized under the laws of the State of Nevada and a citizen of the State of Nevada.  The individual Defendants are both residents of Maricopa County, Arizona and citizens of Arizona.  Defendant Morton Enterprises, LLC is an Arizona limited-liability company organized under the laws of the State of Arizona and a citizen of the State of Arizona.  Furthermore, the Plaintiff seeks recovery of more than $160,497.00 in funds which it claims that the Defendants allegedly fraudulently misappropriated from it.  The Plaintiff also seeks punitive damages from the Defendants.  (See ATTACHED EXHIBIT 1, paras. 21, 48, 50, 55, 59, 61, 68, 71, 76, 83, 100, 106, 107) Thus, the Plaintiff is a citizen of a different State than the Defendants and the amount in controversy exceeds the value of $75,000.00. Accordingly, this Court has original jurisdiction over this case based on Diversity of Citizenship pursuant to 28 U.S.C. §§1332.  Pursuant to 28 U.S.C. §§1441 and 1446, the Defendants are therefore entitled to remove this case to this Court.

6.      Thirty days have not elapsed since the Defendants received the Plaintiff's Complaint.  The documents set forth at ATTACHED EXHIBIT 1 and ATTACHED EXHIBIT 2 constitute all of the papers and pleadings in the possession of the Defendants.

3

7.      A copy of this Petition is being filed concurrently with the clerk of the Eighth

Judicial District Court for the State of Nevada in and for the County of Clark and being

served upon the Plaintiff's counsel.

Based on the foregoing, the Defendants, HARRISON "LANNY" MORTON,

DEENA MORTON and MORTON ENTERPRISES, LLC, by and through their

attorneys, Eva Garcia-Mendoza, Esq. and Luther Snavely, Esq. of the law firm of

Garcia-Mendoza & Snavely, Chtd., remove the above action now pending in the Eighth

Judicial District Court of the State of Nevada in and for the County of Clark, as Case

Number A-11-652319-C, Department 31, TO THIS COURT.

DATED this 15th day of December, 2011.

GARCIA-MENDOZA & SNAVELY CHTD.

_____

LUTHER SNAVELY, ESQ.
NEVADA BAR NO. 5507
EVA GARCIA-MENDOZA, ESQ.
NEVADA BAR NO. 1779
501 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
www.Luther@gms4law.com
(702) 384-8484
ATTORNEYS FOR THE DEFENDANTS

LAW OFFICES OF
GARCIA-MENDOZA & ASSOCIATES
Eva Garcia-Mendoza, Esq.
Luther M. Snavely, III Esq.
501 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
(702) 384-8484   FAX (702) 384-0207

4

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of the law firm of Garcia-Mendoza & Snavely and that on this 15th day of December, 2011, I personally electronically filed and placed a copy of the foregoing, PETITION FOR REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, first class mail, postage fully prepaid, addressed to the following, at his last known address:

Shawn A. Mangano, Esq.
Shawn A. Mangano, Ltd.
8367 West Flamingo Road, Suite 100
Las Vegas, Nevada  89147

_____
An employee of Garcia-Mendoza & Snavely, Chtd.

LAW OFFICES OF
GARCIA-MENDOZA & ASSOCIATES
Eva Garcia-Mendoza, Esq.
Luther M. Snavely, III Esq.
501 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
(702) 384-8484   FAX (702) 384-0207

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28