# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SIX MINUTES, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>HARRISON "LANNY" MORTON, et al.,<br><br>                    Defendants. | 2:11-CV-1996 JCM (GWF) |

### ORDER

Presently before the court is plaintiff Six Minutes LLC's motion to shorten time pursuant to Local Rule 6-1. (Doc. #6).

Defendants Harrison Morton, et. al. removed this case to federal court on December 15, 2011. (Doc. #1). On December 16, 2011, plaintiff moved to remand the case to state court, arguing that this court lacks diversity jurisdiction pursuant to 28 U.S.C. § 1332. (Doc. #4). Plaintiff also moves the court to hear this motion on an expedited schedule. (Doc. #6).

Plaintiff asserts that shortening time is proper "because this action was improperly removed the afternoon before [plaintiff's] motion for a temporary restraining order was to be heard in [state court]." (Doc. #6). Plaintiff further argues that the removal is "a procedural ploy to frustrate [plaintiff's] ability to obtain immediate injunctive relief." (Doc. #6). According to plaintiff, this court lacks subject matter jurisdiction and, therefore, lacks authority to grant plaintiff's motion for temporary restraining order. (Doc. #6).

**James C. Mahan**
**U.S. District Judge**

1   Good cause appearing,

2   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Six Minutes

3   LLC's motion to shorten time (doc. #6) be, and the same hereby is, GRANTED.

4   IT IS FURTHER ORDERED that defendants respond to the motion to remand (doc. #4) on

5   or before December 21, 2011.  Plaintiff may file a reply within two days of defendants' response.

6   DATED December 16, 2011.

*[signature]*
_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -