Burton M. Bentley (Bar No.: 000980)
THE BENTLEY LAW FIRM, P.C.
5343 N. 16th St., Suite 460
Phoenix, AZ 85016
Phone: (602) 861-3055
Fax: (602) 861-3230
Attorney for Plaintiffs

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| HARRISON MORTON and DEENA MORTON; husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT PROCTOR; SANDRA GALLAGHER; SIX MINUTES, LLC; INTERNATIONAL EDUCATION SYSTEMS, INC.; and LIFE SUCCESS PRODUCTIONS, LLC,<br><br>Defendants. | Case No.: CV2011-021906<br><br>ORDER TO SHOW CAUSE<br><br>NOTE: THIS IS A RETURN DATE ONLY<br>TIME LIMIT: 15 MINUTES<br>COUNSEL MUST NOTIFY THE COURT IF MORE TIME IS NECESSARY |

The Court, having considered Plaintiffs' Verified Complaint, the Application for Preliminary Injunction and Order to Show Cause, with the supporting Declaration of Harrison Morton, and good cause appearing, it is therefore;

ORDERED that Defendants shall appear at a hearing before this Court at the **East Court Building, 101 W. Jefferson, Phoenix, AZ, Courtroom 414 on Tuesday, the 3rd day of January, 2012, at 10:00 a.m.**, then and there to show cause, if any they may have, why pending the outcome of the trial in this action a preliminary injunction should not be issued in the form attached to the said Application, and it is therefore;

FURTHER ORDERED that a copy of this Order shall be served upon Defendants, together with the Summons and Complaint, Plaintiff's Application for Order to Show Cause and Preliminary Injunction, and supporting Declaration of Harrison Morton, not later that 5 days prior to the aforesaid hearing date.

DATED this 15th day of December, 2011.

John C. Rea
Judge of the Superior Court

1